**ANDREW F. PLASSE & ASSOCIATES LLC**
ATTORNEY AT LAW
163-07 Depot Road, Suite 205
Flushing, NY 11358-2056
[212] 695-5811

*ELECTRONICALLY FILED*
DOC #: _____
DATE FILED: 1/15/2020

January 14, 2020

Hon. Colleen McMahon, Chief U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

*Conference re-scheduled to 2/14/2020 @ 9:45 a.m.*
*Colleen McMahon*
*1/15/2020*

RE:   John Doe v. The City of New York et al
      19 CV 6322 (CM) (JLC)
      Request to Move Time for Conference Scheduled for January 17, 2020 from 10:30 a.m.

Dear Judge McMahon:

I represent the Plaintiff in the above matter. On January 7, 2020, the Court filed an Order scheduling a conference for January 17, 2020 at 10:30 a.m. I am scheduled to commence trial in New York Supreme Court beginning on January 15, 2020. The case will be tried nearby the Federal Courthouse. I anticipate at this moment that I will be on trial on Friday, January 17, 2020 at 10:30 a.m. which conflicts with the Court's scheduled conference. I further anticipate that the matter will continue into the following week after Martin Luther King Day.

I am therefore requesting with the consent of Sr. Assistant Corporation Counsel Corey Shoock for the Court to schedule the actual conference sometime between 1:00 and 2:30 p.m. instead of at 10:30 a.m.

Thank you for your consideration.

Respectfully,

ANDREW F. PLASSE

AFP/gjn
cc:   Corey S. Shoock