

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | COREY S. SHOOCK<br>*Senior Counsel*<br>phone: (212) 356-5051<br>cshoock@law.nyc.gov |
|---|---|---|

March 10, 2020

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/11/2020
```

      Re:    John Doe v. City of New York, et al.
               19 Civ. 6322 (MKV)(JLC)

Your Honor:

        I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced case. Defendant City respectfully requests that the Court adjourn the status conference currently scheduled on March 18, 2020 until April 1, 2020 at 2:00 p.m.[1] and to move the deadline for submitting the joint status letter. This is the first request made by Defendant City for an adjournment of this conference. Defendant City has conferred with counsel for plaintiff, and he consents to this request.

        The basis for this request is that on March 18, 2020, the undersigned is due to appear at a previously scheduled conference at 10:30 a.m. before the Honorable Ramon E. Reyes, Jr. As this conference will be in United States District Court for the Eastern District of New York, the undersigned cannot attend both conferences.

        In addition, Defendant City is aware that a joint status letter is due to the Court on March 11, 2020. In light of the above request, Defendant City also respectfully requests that the deadline to submit the status letter to the Court be moved to a date convenient to the Court during the week of March 23, 2020.

---

[1] Defendant City conferred with Your Honor's Courtroom Deputy, Roseanne Dempsey, who has tentatively re-scheduled this conference for that date and time subject to Your Honor's approval of this application.

In conclusion, Defendant City respectfully requests that the Court grant its request to adjourn the conference in this matter from March 18, 2020 to April 1, 2020 at 2:00 p.m. and to move the deadline to submit the joint status letter to a date convenient to the Court before the re-scheduled conference.

Defendant City thanks the Court for its attention to this matter.

Respectfully submitted,

Corey S. Shoock
*Senior Counsel*
Special Federal Litigation Division

cc: Andrew F. Plasse, Esq. (By ECF)
*Attorney for Plaintiff*
163-07 Depot Road, Suite 205
Flushing, New York, 11358

---

GRANTED. The Status Conference previously scheduled for March 18, 2020 is rescheduled for April 1, 2020 at 2:00PM. Counsel are directed to submit their joint status letter no later than 4:00PM on March 25, 2020. SO ORDERED.

Date: 3/11/2020
New York, New York

Mary Kay Vyskocil
United States District Judge