| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/25/2020 |

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>                Defendants. | 1:19-cv-06322-MKV<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

       In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

       It is hereby ORDERED that the Status Conference scheduled to take place on Wednesday, April 1, 2020 is adjourned *sine die*. All other deadlines remain in effect absent an application from the Parties.

**SO ORDERED.**

Date:  **March 25, 2020**
        **New York, NY**

                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**