UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2020
```

JOHN DOE,

              Plaintiff,

-against-

CITY OF NEW YORK, et al.,

              Defendants.

1:19-cv-06322-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    It having been reported to this Court by the Parties that this case has been settled, it is hereby

    ORDERED that the Post-Discovery Conference scheduled for August 5, 2020 is adjourned sine die.

    IT IF FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 5, 2020**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  August 3, 2020
         New York, NY

                                                   **MARY KAY VYSKOCIL**
                                                   **United States District Judge**